IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHELBY COUNTY, TENNESSEE<br>et al.,<br><br>    Defendants. | Case. No. **02-2633 D V**<br><br>ORDER OF<br>CONDITIONAL<br>DISMISSAL |

The United States, Plaintiff, and Shelby County, et al., Defendants, having entered into a Settlement Agreement, have jointly moved this Court for entry of an Order conditionally dismissing this action, pursuant to Fed. R. Civ. P. 41(a)(2), conditioned upon Defendants' achieving compliance with the terms of the Settlement Agreement. For good cause shown it is hereby ORDERED, ADJUDGED AND DECREED: That this case is conditionally dismissed and shall be placed on the inactive docket pending compliance with the Settlement Agreement lodged with the Court. This Court will retain jurisdiction over the case, pending compliance with the Settlement Agreement, until a final dismissal with prejudice is entered. *The Clerk is directed to administratively close this case pending further orders of this court.*

Dated: This, the 15th day of August, 2002.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:02-CV-02633 was distributed by fax, mail, or direct printing on August 16, 2002 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main Street
Suite 800
Memphis, TN 38103

John Ashcroft
U.S. DEPARTMENT OF JUSTICE
Civil Rights Divisio
P.O. Box 66400
Washington, DC 20035

Ralph F. Boyd
U.S. DEPARTMENT OF JUSTICE
Civil Rights Divisio
P.O. Box 66400
Washington, DC 20035

Steven H. Rosenbaum
U.S. DEPARTMENT OF JUSTICE
Civil Rights Divisio
P.O. Box 66400
Washington, DC 20035

Mellie H. Nelson
U.S. DEPARTMENT OF JUSTICE
Civil Rights Divisio
P.O. Box 66400
Washington, DC 20035

Mary R. Bohan
U.S. DEPARTMENT OF JUSTICE
Civil Rights Divisio
P.O. Box 66400
Washington, DC 20035

Tammie M. Gregg
U.S. DEPARTMENT OF JUSTICE
Civil Rights Divisio
P.O. Box 66400
Washington, DC 20035

Fred E. Jones
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT