IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

    Plaintiff,

vs.    NO. 2:02-cv-2633 BBD

SHELBY COUNTY, TENNESSEE;
A C WHARTON, JR., MAYOR OF
SHELBY COUNTY; MARK LUTTRELL,
SHELBY COUNTY SHERIFF,

    Defendants.

---

JOINT MOTION OF PARTIES TO REOPEN THE CASE

---

Come now the parties to the cause, by and through their respective counsel, and move the Court to reopen this case so that they may file a Joint Motion for an Order of Final Dismissal in the cause.

This cause was administratively closed pursuant to an Order of Conditional Dismissal, entered on August 15, 2002 pending further Orders of the Court. (Docket Entry # 3).

    Respectfully submitted,


    FOR THE UNITED STATES:


    THOMAS E. PEREZ
    Assistant Attorney General
    Civil Rights Division

    SHANETTA Y. CUTLAR
    Chief
    Special Litigation Section

       by:

       s/MARY R. BOHAN
       ARETHEA A. COLES
       Trial Attorneys
       U.S. Department of Justice
       Civil Rights Division
       Special Litigation Section
       950 Pennsylvania Ave, NW
       Washington, DC 20530
       (202) 305-3581 (202) 514-6273 (fax)
       Mary.Bohan@usdoj.gov


       FOR SHELBY COUNTY:


       s/DEBRA L. FESSENDEN #11818
       Assistant Shelby County Attorney
       201 Poplar Avenue, Room 9-15
       Memphis, Tennessee 38103
       (901) 545-2139
       (901) 545-3577 telefax
       Debra.Fessenden@shelbycountytn.gov


## CERTIFICATE OF SERVICE

     I, Debra L. Fessenden, do hereby certify that a copy of the foregoing has been served electronically to Ms. Mary R. Bohan, U.S. Department of Justice, Civil Rights Division, Special Litigation Section, 950 Pennsylvania Avenue, N.W., Washington, DC  20530 on October 2009.

                             s/DEBRA L. FESSENDEN